```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| MARIE BAPTISTE and ) | |
| MITCHELL MATORIN, ) | |
| Plaintiffs, ) | |
| ) | |
| v.    ) | C.A. No. 1:20-cv-11335-MLW |
| ) | |
| COMMONWEALTH OF MASSACHUSETTS ) | |
| and EXECUTIVE OFFICE OF ) | |
| HOUSING AND ECONOMIC ) | |
| DEVELOPMENT, ) | |
| Defendants. ) | |

ORDER

WOLF, D.J.                                              July 23, 2020

It is hereby ORDERED that:

1. The parties shall confer and, by July 27, 2020, report, jointly if possible, their views on whether the hearing on plaintiffs' motion for preliminary injunction should be consolidated with the trial on the merits and, in any event, how long it would take to prepare for such a consolidated proceeding if the court decides to do so. See Fed. R. Civ. P. 65(a)(2).

2. The parties shall, by July 27, 2020, respond to the July 21, 2020 Motion to Intervene (Dkt. No. 23). Among other things, defendants shall address whether they intend to advocate zealously that the government action at issue in this case is constitutional and are capable of doing so adequately. See Fed. R. Civ. P. 24(a). The parties shall also address whether

intervention will unduly delay or prejudice the adjudication of the rights of the current parties. See Fed. R. Civ. P. 24(b).

3. The August 6, 2020 hearing on the motion for preliminary injunction is CANCELLED.

                                                  /s/ Mark L. Wolf
                                                  UNITED STATES DISTRICT JUDGE