UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIE BAPTISTE, MITCHELL MATORIN, and JONATHAN DAPONTE, Plaintiffs, v. MIKE KENNEALY, in his official capacity as Secretary of the EXECUTIVE OFFICE OF HOUSING AND ECONOMIC DEVELOPMENT, and CHARLES BAKER, in his official capacity as Governor of the Commonwealth of Massachusetts, Defendants. | C.A. No. 1:20-cv-11335-MLW |

ORDER

WOLF, D.J.                                            August 26, 2020

For the reasons discussed at the August 26, 2020 hearing by videoconference, it is hereby ORDERED that:

1. The parties shall confer and, by August 31, 2020, at 4:00 p.m., report, jointly if possible, concerning possible settlement or mediation, and, in any event, how they propose the case proceed following the resolution of plaintiffs' Motion for Preliminary Injunction.

2. The hearing on the Motion for Preliminary Injunction (Dkt. No. 2), Motion to Dismiss (Dkt. No. 26), and Motion to Dismiss Counts II, III, and V (Dkt. No. 69) will resume on

September 1, 2020, at 1:30 p.m., and continue from day to day until concluded.

```
                                  /s/ Mark L. Wolf
                                 _____
                                 UNITED STATES DISTRICT JUDGE
```