UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARIE BAPTISTE,                    )
MITCHELL MATORIN, and             )
JONATHAN DAPONTE,                 )
     Plaintiffs,                  )
                                  )
          v.                      )    C.A. No. 1:20-cv-11335-MLW
                                  )
MIKE KENNEALY, in his             )
official capacity as              )
Secretary of the EXECUTIVE        )
OFFICE OF HOUSING AND             )
ECONOMIC DEVELOPMENT, and         )
CHARLES BAKER, in his             )
official capacity as Governor     )
of the Commonwealth of            )
Massachusetts,
     Defendants.

ORDER

WOLF, D.J.                                    September 1, 2020

It is hereby ORDERED that the parties shall be prepared to
address at the September 1, 2020 hearing the implications for
plaintiffs' Right to Petition claim (Count II) of Zablocki v.
Redhail, 434 U.S. 374, 387 n.12 (1978), and Lyng v. Castillo, 477
U.S. 635, 638 (1986).


                                   UNITED STATES DISTRICT JUDGE