```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

MARIE BAPTISTE,                  )
MITCHELL MATORIN, and            )
JONATHAN DAPONTE,                )
     Plaintiffs,                 )
                                 )
          v.                     )    C.A. No. 1:20-cv-11335-MLW
                                 )
MIKE KENNEALY, in his            )
official capacity as             )
Secretary of the Executive       )
Office of Housing and            )
Economic Development, and        )
CHARLES BAKER, in his            )
official capacity as Governor    )
of the Commonwealth of           )
Massachusetts,                   )
     Defendants.                 )
```

                                ORDER

WOLF, D.J.                                        September 2, 2020

It is hereby ORDERED that the parties shall be prepared to address at the September 2, 2020 hearing the implications for plaintiffs' Compelled Speech claim (Count III) of the discussions of severability in K-Mart Corp. v. Cartier, Inc., 486 U.S. 281, 294 (1988), and Carlson v. Postal Regulatory Commission, 938 F.3d 337, 351-52 (D.C. Cir. 2019), and of the Agency Order of the Centers for Disease Control and Prevention and the Department of Health and Human Services, "Temporary Halt in Residential Evictions to Prevent the Further Spread of COVID-19," 85 Fed. Reg. -- , Fed. Reg. Doc. No. 2020-19654 (forthcoming Sept.

4, 2020), http://federalregister.gov/d/2020-19654 (Dkt. No. 110-1).

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE