UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARIE BAPTISTE, MITCHELL MATORIN, and JONATHAN DAPONTE,<br>    Plaintiffs,<br><br>    v.<br><br>MIKE KENNEALY, in his official capacity as Secretary of the Executive Office of Housing and Economic Development, and CHARLES BAKER, in his official capacity as Governor of the Commonwealth of Massachusetts,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 1:20-cv-11335-MLW |

ORDER

WOLF, D.J.                                                              October 26, 2020

In view of plaintiffs' October 20, 2020 notice of voluntary dismissal (Dkt. No. 134), it is hereby ORDERED that this case is DISMISSED without prejudice.

                                                                  UNITED STATES DISTRICT JUDGE